Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

LOUISE K. Y. ING 2394-0
GLENN T. MELCHINGER 7135-0
1001 Bishop Street, 18th Floor
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail: ling@ahfi.com
gtm@ahfi.com

GARY K. SALOMONS (Admitted *Pro Hac Vice*)
Gabriel Salomons LLP
16311 Ventura Boulevard, Suite 970
Encino, California 91436
Telephone: (818) 906-3700
Facsimile: (818) 906-2142
E-mail: gary@gabrielsalomons.com

Attorneys for Defendant and Third-Party
Plaintiff OLS HOTELS & RESORTS, LP,
*dba* PLANTATION HALE SUITES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| VINCENT KHOURY TYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>OLS HOTELS & RESORTS, LP, previously OUTRIGGER LODGING SERVICES LIMITED PARTNERSHIP, a Nevada Limited Partnership, dba PLANTATION HALE SUITES; | Case No. CV 14-00265 RLP-NONE<br><br>**JOINT REPORT OF PARTIES' MEETING**; CERTIFICATE OF SERVICE<br><br>No Trial Date Set |

| | |
|---|---|
| JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>Defendants. | ) |
| OLS HOTELS & RESORTS, LP, a Nevada Limited Partnership,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>TURELL GROUP, LLC, an Oregon Limited Liability Company; GRAPHIC COMMUNICATION INC., a Hawai`i Corporation, dba TSUNAMI MARKETING; ROE CORPORATIONS 1-10; ROE PARTNERSHIPS 1-10; and ROE ASSOCIATIONS 1-10,<br><br>Third-Party Defendants. | ) |

**JOINT REPORT OF PARTIES' MEETING**

Pursuant to Federal Rule of Civil Procedure 26(f), and Rule 26.1 of the Rules for the United States District Court for the District of Hawai`i, Plaintiff VINCENT KHOURY TYLOR ("Plaintiff"), Defendant OLS HOTELS & RESORTS, LP, *dba* PLANTATION HALE SUITES, *fka* BEST WESTERN PLANTATION HALE SUITES ("Defendant"), TURELL GROUP, LLC, and

GRAPHIC COMMUNICATION INC., hereby respectfully submit this report of the October 16, 2014, meeting of the parties. This report has been circulated to counsel for comments which have been incorporated herein and agreed to by all parties.

The meeting was held at 4:00 PM between J. Stephen Street, Esq. and Dane Anderson, Esq., on behalf of Plaintiff, Glenn T. Melchinger on behalf of Defendant OLS HOTELS & RESORTS, L.P., Wade Katano on behalf of third party defendant Graphic Communication Inc., and Wesley Ching on behalf of TURELL GROUP, LLC.

## I. INITIAL DISCLOSURES

The parties agreed to delay initial disclosures until a time to be set after the Rule 16 Conference, which is presently set for November 6, 2014.

## II. DISCOVERY PLAN

The parties agreed that discovery shall be conducted in accordance with the Federal Rules of Civil Procedure, and deadlines should be set as usual in the ordinary course. No extraordinary measures are generally expected in responding to discovery requests for electronically stored information ("ESI").

The parties also agreed they would work towards a form of stipulated protective order to prevent the disclosure of any confidential business records required to be produced, with a non-waiver/clawback provision under FRE 502.

## III. OTHER ITEMS

The parties will continue to communicate regarding other matters related to discovery, and other issues in advance of the Rule 16 scheduling conference, currently set for November 6, 2014.

The parties agreed that deadlines for trial, motions to amend, expert disclosures, discovery cutoff, and other deadlines and events, may be set by the Court at the scheduling conference pursuant to the Court's usual practice and schedule.

The parties have discussed alternative dispute resolution, and are prepared to consider ADR or a settlement conference before the Magistrate Judge at the appropriate time.

Dated: Honolulu, Hawai`i, October 30, 2014.

/s/ Glenn T. Melchinger
LOUISE K. Y. ING
GLENN T. MELCHINGER

GARY K. SALOMONS
(Admitted *Pro Hac Vice*)

Attorneys for Defendant and Third-Party Plaintiff OLS HOTELS & RESORTS, LP, *dba* PLANTATION HALE SUITES

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

| | | |
|---|---|---|
| Dane K. Anderson | dane@andersonlawhawaii.com | October 30, 2014 |
| Wesley H.H. Ching | whc@fmhc-law.com | October 30, 2014 |
| J. Stephen Street | jsstreet@ip-law-hawaii.com | October 30, 2014 |
| Gary K. Salomons | gary@gabrielsalomons.com | October 30, 2014 |

**Served by Hand Delivery:**

WADE J. KATANO, ESQ. October 30, 2014
Ortiz & Katano, a Law Corporation
841 Bishop Street, Suite 2121
Honolulu, HI 96813

**Attorneys for Third-Party Defendant**
**Graphic Communications Inc. dba Tsunami Marketing**

Dated: Honolulu, Hawai`i, October 30, 2014.

/s/ Glenn T. Melchinger
LOUISE K. Y. ING
GLENN T. MELCHINGER

GARY K. SALOMONS
(Admitted *Pro Hac Vice*)

Attorneys for Defendant and Third-Party Plaintiff OLS HOTELS & RESORTS, LP, *dba* PLANTATION HALE SUITES