J. STEPHEN STREET 1573-0
Attorney At Law
134 Maono Place
Honolulu, Hawaii 96821
Telephone No.: (808) 754-1647
Facsimile No.: (888) 334-6499
E-mail: jsstreet@ip-law-hawaii.com

DANE ANDERSON 9349-0
Attorney At Law, LLLC
P.O. Box #1621
Honolulu, Hawaii 96806
Telephone No.: (808) 285-4760
E-mail: dane@andersonlawhawaii.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>OLS HOTELS & RESORTS, LP, previously OUTRIGGER LODGING SERVICES LIMITED PARTNERSHIP, a Nevada Limited Partnership, dba PLANTATION HALE SUITES; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>Defendants. | CIVIL NO. 14-00265 SOM-RLP<br>(Copyright Infringement)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) and (c)(2) F.R.C.P. AS TO ALL PARTIES AND ALL CLAIMS |

OLS HOTELS & RESORTS, LP, a Nevada Limited Partnership,

Third-Party Plaintiff,

vs.

TURELL GROUP, LLC, an Oregon Limited Liability Company; GRAPHIC COMMUNICATION INC., a Hawaii Corporation, dba TSUNAMI MARKETING; ROE CORPORATIONS 1-10; ROE PARTNERSHIPS 1-10; and ROE ASSOCIATIONS 1-10,

Third-Party Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) and (c)(2) F.R.C.P. AS TO ALL PARTIES AND ALL CLAIMS**

Pursuant to Rule 41(a)(1)(A)(ii) and (c)(2) of the Federal Rules of Civil Procedure due to a global settlement between and among Plaintiff VINCENT KHOURY TYLOR ("Plaintiff"), Defendant OLS HOTELS & RESORTS, LP, previously OUTRIGGER LODGING SERVICES LIMITED PARTNERSHIP, a Nevada Limited Partnership, dba PLANTATION HALE SUITES ("OLS"), Third-Party Defendant TURELL GROUP, LLC, an Oregon Limited Liability Company ("Turell"), and Third-Party Defendant GRAPHIC COMMUNICATION INC., a Hawaii Corporation, dba TSUNAMI MARKETING ("Tsunami"), being all of the

parties who have appeared in this action, Plaintiffs, OLS, Turell, and Tsunami hereby stipulate to dismiss with prejudice all claims against OLS alleged in the Complaint (Dkt. #1) filed in this action on June 6, 2014, all claims against Turell and Tsunami alleged in OLS's Third-Party Complaint (Dkt. #10-1) filed in this action, all claims in Tsunami's Counter-Claim against OLS (Dkt. #23-1) filed in this action, all claims in Tsunami's Cross-Claim against Turell (Dkt. #24) filed in this action, all claims in Turell's Counter-Claim against OLS (Dkt. #27-1) filed in this action, and all claims in Turell's Cross-Claim against Tsunami (Dkt. #27-2) filed in this action. No other claims remain in this action.

Trial is scheduled for November 17, 2015. Each party shall bear its own costs and attorneys' fees with respect to this action. This Stipulation is signed by counsel for Plaintiff, OLS, Turell, and Tsunami, being all parties that have appeared in this action. Plaintiff, OLS, Turell, and Tsunami agree that this Court shall retain jurisdiction to resolve any disputes or actions related to the Mutual Settlement and Release Agreement by and between Plaintiff, OLS, Turell, and Tsunami, dated March 23, 2015. See Kokkonen v. Guardian Life Ins., 511 U.S. 375, 381-82 (1994) (holding that where dismissal is pursuant to Rule 41(a)(1)(A)(ii), a District Court is authorized to retain jurisdiction over the settlement contract if the parties agree).

DATED: Honolulu, Hawai`i, May 6, 2015.

/s/ Dane Anderson
J. STEPHEN STREET
DANE ANDERSON
Attorneys for Plaintiff VINCENT KHOURY TYLOR

/s/ Glenn T. Melchinger
LOUISE K. Y. ING
GLENN T. MELCHINGER
ALSTON HUNT FLOYD & ING
Attorneys for Defendant OLS HOTELS & RESORTS, LP

/s/ Wade J. Katano
WADE J. KATANO
ORTIZ & KATANO
Attorneys for Third-Party Defendant TURELL GROUP, LLC

/s/ Wesley H. H. Ching
WESLEY H. H. CHING
FUKUNAGA MATAYOSHI HERSHEY & CHING
Attorneys for Third-Party Defendant GRAPHIC COMMUNICATION INC.

APPROVED AS TO FORM:

DATED: Honolulu, Hawaii; May 7, 2015

/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
CHIEF UNITED STATES DISTRICT JUDGE